Case 1:21-cv-04239-VEC   Document 15   Filed 06/16/21   Page 1 of 2



**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

June 15, 2021

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Sabeha v. Strumpf, et al.*
               *Case No. 1:21-cv-4239 (VEC)*

Dear Judge Caproni:

      This firm represents Defendants Linda Strumpf, Esq. and U.S. Equities Corp. (collectively, the "Defendants") in the above matter. We write with the consent of Plaintiff's counsel to request that the Initial Pretrial Conference ("IPTC") scheduled for June 25, 2021 at 10:30 AM be adjourned to the week of July 19, 2021, preferably to July 23, 2021.

      This would be the first adjournment of the IPTC. We are making the request because our office was just recently retained to represent the Defendants and we are still in the process of obtaining information to assess Plaintiff's claims. With the proposed adjournment, the IPTC would be held the week after Defendants' July 16 deadline to respond to the Complaint.[1]

      We thank the Court for its consideration.

                          Respectfully submitted,

                          Kaufman Dolowich & Voluck, LLP

           By: _____
                         Adam M. Marshall, Esq.

cc:      All Counsel via ECF

---

[1] Both Defendants executed waivers of service. (ECF Docs. 11 and 12).

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago

> Application GRANTED. The initial pretrial conference is adjourned to **July 23, 2021 at 10:30 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 4239. The parties' joint submission is due by **July 15, 2021.**

SO ORDERED.

*[signature]*

6/16/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE